499 A.2d 579

**COMMONWEALTH of Pennsylvania**

v.

**Harry Ray SEESE, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 22, 1985.

608

Petition for Allowance of Appeal GRANTED, No. 90 W.D. Appeal Docket 1985.